## Cavazza v. Cavazza, Appellant.

Argued April 27, 1931.

Before TREX-
LER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM,
BALDRIGE and DREW, JJ.

*Charles G. Notari,* for appellant.

*John A. Metz,* for appellee.

PER CURIAM, July 8, 1931:
The decree of the lower court granting the divorce is affirmed upon the opinion of Judge DREW.